# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 5:12-cr-43-Oc-22PRL**

**MICHAEL PAUL MORGAN**

---

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge

(Doc. No. 25), to which there has been no Notice of Objection filed by the Government and no

Notice of Objection filed the Defendant, the plea of guilty of the Defendant to Count One of the

Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing

has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 2nd day of January, 2013.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office

United States Pretrial Services